**Order entered October 26, 2017**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00910-CR

### ANGEL RICARDO RAZO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F13-60370-L**

## ORDER

The record was due August 4, 2017. When it was not filed, we notified official court reporter Victoria Franklin that it was overdue. Ms. Franklin, in turn, notified us that Debi Harris was the reporter who reported the proceedings and that she had contacted Ms. Harris to let her know that the record was past due. On September 15, 2017, we ordered court reporter Debi Harris to file the complete reporter's record in this appeal by September 30, 2017. We cautioned Ms. Harris that the failure to file the reporter's record by that time would result in the Court taking whatever remedies it has available to ensure the complete reporter's record in this appeal is filed. To date, no reporter's record has been filed in this appeal.

We **ORDER** that Debi Harris **NOT SIT** as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; to Victoria Franklin, official court reporter of the Criminal District Court No. 5; to Debi Harris, official court reporter auxiliary 8; to the Dallas County Auditor's Office; and to counsel for all parties.


/s/      LANA MYERS
         JUSTICE